**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| YOBEL YOEBER REYES GRAMAJO, | No. 5:26-cv-00425-SSS-BFM |
| Petitioner, | **ORDER GRANTING LEAVE TO AMEND** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner Yobel Yoeber Reyes Gramajo filed this § 2241 Petition on January 30, 2026, seeking a bond hearing. (ECF 1.) Along with the Petition, Petitioner filed an application for a temporary restraining order. (ECF 3.) The District Judge granted that application and ordered Petitioner to be afforded a bond hearing within a week. (ECF 10.) A bond hearing was held, and Petitioner was ordered released. He returns to the Court now, arguing that the conditions of his release are more intrusive than he believes are appropriate. (ECF 16 at 2.)

That claim is far afield from the claims presented in the Petition, each of which sought Petitioner's release from physical custody. Moreover, the Court has Petitioner's argument, but no evidence about the conditions placed on

Petitioner's release or how they are being carried out. Most importantly, Respondents have not had a chance to respond to this new claim. For all these reasons, the Court believes that granting leave to amend is appropriate. Doing so will permit Petitioner to articulate his claims, the legal and factual bases for them, and the relief he seeks, and will allow Respondents to evaluate his claims and respond to them.

The Court sets the following schedule: Petitioner's amended petition shall be filed **no later than April 3, 2026**. Respondents' response shall be filed **no later than April 10, 2026**. Petitioner's optional reply is due **April 14, 2026**. **The matter is set for an in-person hearing in Courtroom 780 of the Roybal Federal Courthouse on April 16, 2026, at 10:30 a.m.**

If the parties are willing to consent to the jurisdiction of a Magistrate Judge, they shall promptly file a form indicating such consent.

DATED: March 26, 2026

_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2